Gary L. FRANCE, petitioner,
v. UNITED STATES.

No. 15–24.

Dec. 7, 2015.

On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of the confession of error by the Solicitor General in his brief for the United States filed on November 6, 2015.